FILED
2017 Aug-25  AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>63-CV-2017-900914.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
## WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

**NOTICE TO:** RICHARD BENOIT, 40 MAYBELL ROAD, SEMINARY, MS 39479

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BOBBY HILL COCKRELL JR. ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1409 UNIVERSITY BOULEVARD, TUSCALOOSA, AL 35401 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIAM GRANT BALL pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 7/29/2017 6:07:34 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ BOBBY HILL COCKRELL JR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*     *(Name of County)*

Alabama on _____ .

*(Date)*

_____     _____     _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____     _____

*(Server's Printed Name)*     *(Phone Number of Server)*

EXHIBIT B

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-900914.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

**NOTICE TO:** WAYNE JEFCOAT, 214 WAREHOUSE DRIVE, LAUREL, MS 39480

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BOBBY HILL COCKRELL JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1409 UNIVERSITY BOULEVARD, TUSCALOOSA, AL 35401

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIAM GRANT BALL
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 7/29/2017 6:07:34 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ BOBBY HILL COCKRELL JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*            *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____
*(Type of Process Server)*     *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

EXHIBIT B

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-900914.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

**NOTICE TO:** EAGLE EXPRESS HOTSHOT SERVICE L.L.C., 214 WAREHOUSE DRIVE, LAUREL, MS 39480

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BOBBY HILL COCKRELL JR. ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1409 UNIVERSITY BOULEVARD, TUSCALOOSA, AL 35401 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIAM GRANT BALL
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

7/29/2017 6:07:34 PM                    /s/ MAGARIA HAMNER BOBO            By: _____

*(Date)*                    *(Signature of Clerk)*                    *(Name)*

☑ Certified Mail is hereby requested.            /s/ BOBBY HILL COCKRELL JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____ .

*(Date)*

_____            _____            _____

*(Type of Process Server)*            *(Server's Signature)*            *(Address of Server)*

_____            _____

*(Server's Printed Name)*            *(Phone Number of Server)*

EXHIBIT B

ELECTRONICALLY FILED
8/23/2017 6:07 PM
63-CV-2017-900914.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| WILLIAM GRANT BALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: CV-2017-_____ |
| | ) | |
| RICHARD BENOIT;  EAGLE EXPRESS | ) | |
| HOTSHOT SERVICE L.L.C., a Limited | ) | |
| Liability Company existing under the laws | ) | |
| of the State of Mississippi; WAYNE | ) | |
| JEFCOAT; and Fictitious Defendants A, B, | ) | |
| C, D and E being those individuals and/or | ) | |
| entities who committed or conspired with | ) | |
| the defendants to commit the wrongful acts | ) | |
| set forth hereinafter, and whose identities | ) | |
| are unknown but will be added as | ) | |
| defendants when ascertained, | ) | |
| | ) | |
| Defendants. | ) | |

---

## COMPLAINT

---

**COMES NOW** the Plaintiff, WILLIAM GRANT BALL, by and through his

attorneys of record, Bobby H. Cockrell, Jr. and Jonathan D. Townsend, and would

complain of the Defendant as follows:

### PARTIES

1.     Plaintiff, William Grant Ball, is a resident citizen of Tuscaloosa County,

Alabama and is over the age of nineteen years.

2.   Defendant, Richard Benoit, is a resident citizen of Mississippi and is over the age

of nineteen years. At the time of this motor vehicle accident giving rise to this complaint,

Defendant Benoit was employed by and driving for the following entity described in

paragraph 3.

EXHIBIT B

3.   Defendant Corporation, EAGLE EXPRESS HOTSHOT SERVICE L.L.C., a Limited Liability Company organized and operating under the laws of the State of Mississippi but doing business in Brookwood, Tuscaloosa County,  Alabama.

4.   Defendant, Wayne Jefcoat, is a resident citizen of Mississippi and is over the age of nineteen years. Defendant Jefcoat owned the vehicle and attachments giving rise to this action. Defendant Jefcoat is also the President of Defendant Corporation, EAGLE EXPRESS HOTSHOT SERVICE L.L.C., a Limited Liability Company organized and operating under the laws of the State of Mississippi but doing business in Brookwood, Tuscaloosa County,  Alabama.

5.   Fictitious Defendants A, B, C, D and E are those individuals, general partnerships, governmental entities, agencies, departments, limited partnerships, corporations or other legal entities who supervised, controlled, were responsible under the doctrine of respondent superior, or were in any legal sense responsible for the actions of the name Defendant herein, any and all of its successors in interest, owners, partners or any other entity by which the said Defendant is now known or has been known at any time relevant hereto, whether acting on their own behalf or as an agent of any other person. Their identities are unknown but will be added by amendment when ascertained.

### VENUE & JURISDICTION

6.   Venue exists in this Circuit because the Plaintiffs are resident citizens of Tuscaloosa County; because the motor vehicle accident giving rise to this action occurred in Tuscaloosa County, Alabama.

7.   Jurisdiction exists in Alabama owed to the presence of the various Defendants in Alabama; because the fact that the tortious actions alleged herein this Complaint occurred within this state; because the Defendants performed various services within the State of

EXHIBIT B

Alabama; and, therefore said Defendants availed themselves to the degree necessary to obtain personal jurisdiction over each and every one of the various Defendants.

8.   The amount in controversy in this action exceeds ten-thousand dollars and no cents ($10,000.00).

## FACTS

9.   On or about the July 20, 2017, Plaintiff, was lawfully operating a motor vehicle on County Road 59 North in Tuscaloosa County, Alabama, to wit, when Defendant Benoit, operating a motor vehicle as an agent for the Defendants, caused or allowed the motor vehicle he was driving to collide with the motor vehicle driven by the Plaintiff.

10.   Specifically, Defendant Benoit operated the motor vehicle as an agent and/or employee for the Defendants, within the line and scope of his employment, pulled his truck to the side of the highway leaving an attached "gooseneck" trailer in the travel lane.

11.   Defendants' vehicle was position just passed a "blind curve" and on a hillcrest in the roadway. The Defendants' vehicle was not visible based on his parked position in the travel lane.

12.   Plaintiff traveled in said lane and dreadfully collided with the Defendants' hidden vehicle and attached trailer.

13.   Plaintiff was seriously injured by the Defendants' actions.

## COUNT 1 - NEGLIGENCE

14.   Plaintiff hereby incorporates paragraph 1 through 13 above as if fully set out herein.

15.   On or about the July 20, 2017, Plaintiff, was lawfully operating a motor vehicle on County Road 59 North in Tuscaloosa County, Alabama, to wit, when Defendant Benoit, operating a motor vehicle as an agent for the Defendants, negligently caused or

EXHIBIT B

allowed the motor vehicle he was driving to collide with the motor vehicle driven by the Plaintiff.

16.   As a direct result of Defendant's said negligence, Plaintiff was caused to suffer the following damages:

    a.   Plaintiff, as a proximate result of Defendant's said conduct, was caused to incur medical expenses including but not limited to medication, physicians' fees and hospital charges.

    b.   Plaintiff, as a proximate result of Defendant's said conduct, was caused pain and suffering from the said injuries caused by the Defendant.

    c.   Plaintiff suffered mental anguish and emotional distress from the said injuries caused by the Defendant.

    d.   Plaintiff's vehicle was bent, battered and rendered less in value.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount to be determined by a jury, plus interest and costs.

### COUNT 2 – WANTONNESS

17.   Plaintiff hereby incorporates paragraph 1 and 16 above as if fully set out herein.

18.   On or about the July 20, 2017, Plaintiff, was lawfully operating a motor vehicle on County Road 59 North in Tuscaloosa County, Alabama, to wit, when Defendant Benoit, operating a motor vehicle as an agent for the Defendants, wantonly caused or allowed the motor vehicle he was driving to collide with the motor vehicle driven by the Plaintiff.

EXHIBIT B

19.    As a direct result of Defendant's said wantonness, Plaintiff was caused to suffer the following damages:

    a.   Plaintiff, as a proximate result of Defendant's said conduct was caused to incur expenses for medicine and physicians' fees and hospital charges.

    b.   Plaintiff, as a proximate result of Defendant's said conduct, was caused pain and suffering from the said injuries caused by the Defendant.

    c.   Plaintiff suffered mental anguish and emotional distress from the said injuries caused by the Defendant.

    d.   Plaintiff's vehicle was bent, battered and rendered less in value.

20.    Plaintiff demands punitive damages of the Defendant due to the wanton and reckless nature of the Defendant's conduct.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount to be determined by a jury, plus interest and costs.

## COUNT 3 – NEGLIGENT HIRING, TRAINING & SUPERVISION

21.    Plaintiff hereby incorporates paragraph 1 and 20 above as if fully set out herein.

22.    On or before July 20, 2017, Defendants negligently hired, trained and supervised the Defendant.

23.    On or about the July 20, 2017, Plaintiff, was lawfully operating a motor vehicle on County Road 59 North in Tuscaloosa County, Alabama, to wit, when Defendant Benoit, operating a motor vehicle as an agent for the Defendants, negligently and wantonly caused or allowed the motor vehicle he was driving to collide with the motor vehicle driven by the Plaintiff.

5

EXHIBIT B

24.   As a direct result of Defendant's said negligent hiring, training and supervision, Plaintiff was caused to suffer the following damages:

      a.   Plaintiff, as a proximate result of Defendant's said conduct was caused to incur expenses for medicine and physicians' fees and hospital charges.

      b.   Plaintiff, as a proximate result of Defendant's said conduct, was caused pain and suffering from the said injuries caused by the Defendant.

      c.   Plaintiff suffered mental anguish and emotional distress from the said injuries caused by the Defendant.

      d.   Plaintiff's vehicle was bent, battered and rendered less in value.

25.   Plaintiff demands punitive damages of the Defendant due to its negligent hiring, training, and supervision.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount to be determined by a jury, plus interest and costs.

## COUNT 4 – JOINT VENTURE LIABILITY

26.   Plaintiff hereby incorporates paragraph 1 and 26 above as if fully set out herein.

27.   On or before July 20, 2017, Defendants entered into a joint venture with Fictitious Defendants A, B, C, D, and E. Said Defendants enjoyed a community of interest and equal right to control the venture. Defendants as joint venture participants are responsible for the harm caused motor vehicle accident occurred.

28.   On or about the July 20, 2017, Plaintiff, was lawfully operating a motor vehicle on County Road 59 North in Tuscaloosa County, Alabama, to wit, when Defendant Benoit, operating a motor vehicle as an agent for the Defendants, negligently and wantonly

6

EXHIBIT B

caused or allowed the motor vehicle he was driving to collide with the motor vehicle driven by the Plaintiff.

29.    As a direct result of Defendant's said joint venture, negligence and wantonness, Plaintiff was caused to suffer the following damages:

     a.   Plaintiff, as a proximate result of Defendant's said conduct was caused to incur expenses for medicine and physicians' fees and hospital charges.

     b.   Plaintiff, as a proximate result of Defendant's said conduct, was caused pain and suffering from the said injuries caused by the Defendant.

     c.   Plaintiff suffered mental anguish and emotional distress from the said injuries caused by the Defendant.

     d.   Plaintiff's vehicle was bent, battered and rendered less in value.

30.    Plaintiff demands punitive damages of the Defendant due to the negligent and wanton nature of the Defendant's conduct in this joint venture.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount to be determined by a jury, plus interest and costs.

*Respectfully submitted, this Saturday, July 29, 2017*

_____
Erika Lynn Watkins as Attorney-In-Fact for
William Grant Ball, Plaintiff

/s/ Bobby H. Cockrell, Jr.
_____
Bobby H. Cockrell, Jr.(COC008)
Cockrell, Cockrell & Townsend
Attorney for Plaintiff
1409 University Boulevard
Tuscaloosa, AL  35401
(205) 349-2009

7

EXHIBIT B

/s/ Jonathan D. Townsend
Jonathan D. Townsend (TOW014)
Cockrell, Cockrell & Townsend
Attorney for Plaintiff
1409 University Boulevard
Tuscaloosa, AL  35401
(205) 349-2009

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

/s/ Bobby H. Cockrell, Jr.
Bobby. H. Cockrell, Jr. (COC008)

/s/ Jonathan D. Townsend
Jonathan D. Townsend (TOW014)

OF COUNSEL:
Cockrell, Cockrell & Townsend
Attorney for Plaintiff
1409 University Boulevard
Tuscaloosa, AL  35401
(205) 349-2009

EXHIBIT B

STATE OF ALABAMA      )
                                       )
TUSCALOOSA COUNTY   )

I, the undersigned authority, a Notary Public, in and for said county and said state, hereby certify that William Grant Ball whose name is signed to the foregoing document, and who is known to me, acknowledged before me on this day, being informed of the contents of same, he executed the same voluntarily on the day the same bears date.

*Given under my hand and official seal this Saturday, July 29, 2017.*

Notary Public
M.C.E. 4/11/2021

## EXHIBIT B

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing on the opposing party via electronic service or by U.S. Mail, via certified mail, return service requested, postage prepaid and properly addressed.

*This Saturday, July 29, 2017.*

/s/ Bobby H. Cockrell, Jr.
Bobby. H. Cockrell, Jr. (COC008)

/s/ Jonathan D. Townsend
Jonathan D. Townsend (TOW014)

cc:   Richard Benoit
40 Maybell Road
Seminary, Mississippi 39479

EAGLE EXPRESS HOTSHOT SERVICE L.L.C.
214 Warehouse Drive
Laurel, Mississippi 39480

Wayne Jefcoat
214 Warehouse Drive
Laurel, Mississippi 39480

10

# EXHIBIT B

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-900914.00 |

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

**NOTICE TO:** EAGLE EXPRESS HOTSHOT SERVICE L.L.C., 214 WAREHOUSE DRIVE, LAUREL, MS 39480

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
BOBBY HILL COCKRELL JR.

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1409 UNIVERSITY BOULEVARD, TUSCALOOSA, AL 35401

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERS**
          **PROCE**

☐ You are hereby commanded to serve this S
   this action upon the above-named Defendan

☑ Service by certified mail of this Summons is
   pursuant to the Alabama Rules of the Civil P
   7/29/2017 6:07:34 PM
        *(Date)*

☑ Certified Mail is hereby requested.

**RE**

☐ Return receipt of certified mail received in th

☐ I certify that I personally delivered a copy of 1

                        County,

Alabama on _____ .
           *(Date)*

_____
*(Name of Person Served)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Server's Printed Name)*

_____
*(Name of County)*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____  Postmark
☐ Certified Mail Restricted Delivery  $ _____  Here
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$   11.93
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

### 63-CV-2017-900914.00
#### WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

| C001 - WILLIAM GRANT BALL | **v.** | D003 - EAGLE EXPRESS HOTSHOT SERVICE L.L.C. |
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

EXHIBIT B

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-900914.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

**NOTICE TO:** WAYNE JEFCOAT, 214 WAREHOUSE DRIVE, LAUREL, MS 39480

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BOBBY HILL COCKRELL JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1409 UNIVERSITY BOULEVARD, TUSCALOOSA, AL 35401

THE ANSWER MUST BE MAILED O ~~...~~ ND COMPLAINT OR
OTHER DOCUMENT WERE SERVED ~~...~~ ) AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEN ~~...~~

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)     $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required      $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage   *11.93*

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

### TO ANY SHERIFF OR A ~~...~~ OF CIVIL

☐ You are hereby commanded to s ~~...~~ cument in
this action upon the above-name ~~...~~
☑ Service by certified mail of this S ~~...~~ RANT BALL
pursuant to the Alabama Rules o ~~...~~ *[Name(s)]*

7/29/2017 6:07:34 PM
*(Date)*                                          *(Name)*

☑ Certified Mail is hereby requeste ~~...~~

☐ Return receipt of certified mail rec~~eived in this office on~~ _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
*(Name of Person Served)*                 *(Name of County)*

Alabama on _____
*(Date)*

_____                    _____
*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

_____                    _____
*(Server's Printed Name)*       *(Phone Number of Server)*

### 63-CV-2017-900914.00
### WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

C001 - WILLIAM GRANT BALL          **v.**          D002 - WAYNE JEFCOAT
*(Plaintiff)*                                        *(Defendant)*



**SERVICE RETURN COPY**

### EXHIBIT B

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-900914.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

NOTICE TO: RICHARD BENOIT, 40 MAYBELL ROAD, SEMINARY, MS 39479

_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BOBBY HILL COCKRELL JR.

_____
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1409 UNIVERSITY BOULEVARD, TUSCALOOSA, AL 35401

_____
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initi...
pursuant to the Alabama Rules of the Civil Proc...

7/29/2017 6:07:34 PM
_____
*(Date)*

☑ Certified Mail is hereby requested.

**RETU...**

☐ Return receipt of certified mail received in this c...

☐ I certify that I personally delivered a copy of this...

_____
*(Name of Person Served)*

Alabama on _____
*(Date)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Server's Printed Name)*

_____
*(Phone Number of Server)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____    Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$ *11.93*
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

### 63-CV-2017-900914.00
WILLIAM GRANT BALL V. RICHARD BENOIT ET AL

| C001 - WILLIAM GRANT BALL | v. | D001 - RICHARD BENOIT |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



## SERVICE RETURN COPY

**EXHIBIT B**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING#

9590 9402 2476 6306 0279 02

United States
Postal Service

2017 AUG 11   PM 11:49

AGARIA H.
CIRCUIT COURT
TUSCALOOSA COU   AL.

* Sender: Please print your name, address, and ZIP+4® in this box®

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

EXHIBIT B

CV-2017-90614 Summons Suite

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Wayne Clefeat*
*c/o Warehouse Wine*
*Laurel, MS 39480*

9590 9402 2476 6306 0279 02

2. Article Number *(Transfer from service label)*

7017 0660 0000 5372 2329

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent

B. Received by *(Printed Name)*

C. Date of Delivery

AUG – 9 2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT B

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-40

2017 AUG 11   AM 11: 49

MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COURT

• Sender: Please print your name, address, and ZIP+4® in this box•

**MAGARIA H. BOBO**
**CIRCUIT CLERK**
**714 GREENSBORO AVE.**
**TUSCALOOSA, AL 35401**

USPS TRACKING # POST US PS

9590 9402 2476 6306 0278 89

**United States**
**Postal Service**

EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eagle Express Holshot
c/o Officielle
114 Warehouse WC
Laurel, MS 39480

9590 9402 2476 6306 0278 89

2. Article Number *(Transfer from service label)*

7017 0660 0000 5372 2336

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
AUG – 9 2017

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

EXHIBIT B

CV-2017-900914   SUMMONS JME

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Burst
40 Maybell Road
Bonifay, US 89479

9590 9402 2476 6306 0279 88

2. Article Number (Transfer from service label)

7017 0660 0000 5372 2312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
  ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

9590 9402 2476 6306 0279 88

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box •

MAGARIA H. BOBO
CIRCUIT CLERK-K
714 GREENSBORO
TUSCALOOSA, AL 35401.

First-Class Mail
Postage & Fees Paid
USPS

EXHIBIT B